In the Matter of the Estate of Mary R. Chisholm, Deceased. Estate of Lewis S. Smith et al., Appellants; State Tax Commission, Respondent.

Argued April 8, 1943; decided May 27, 1943.

*Francis Dean* for appellants.

*Mortimer M. Kassell* and *Paul Newman* for respondent.

Order affirmed, without costs; no opinion.

Concur, LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.